UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,        Criminal No. 10-244 (1) (RHK/LIB)

vs.        **ORDER**

Stephen Lee McCabe,

        Defendant.

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 13, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge