# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

STEPHEN LEE McCABE,

                        Defendant.

Criminal No. 10-244 (1) (RHK/LIB)

**ORDER SEALING DOCUMENT**

---

     This matter comes before the Court on Defendant's Motion to Seal Document.

Based upon all the records and proceedings herein,

     **IT IS HEREBY ORDERED** that the Defendant's Motion to Seal Document (Doc. No. 41) is **GRANTED**.

Dated:   May 3, 2011

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge